AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:23cr317 |
| Jamie Grabski | ) | |
| | ) | |
| *Defendant* | ) | |

### ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | |
|---|---|
| Place:  John F. Seiberling Federal Building<br>2 S. Main Street, Akron, Ohio 44308 | Courtroom No.:   400 |
| | Date and Time:  10/26/23 10:00 am |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:     10/20/2023

s/Jennifer Dowdell Armstrong
*Judge's signature*

Jennifer Dowdell Armstrong U.S. Magistrate Judge
*Printed name and title*